ALICE FRONTENAC, Plaintiff, v. GREAT ATLANTIC & PACIFIC TEA COMPANY, Respondent, and BEACON CHEMICAL CORP., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

WHITTIER ESTATES, INC., Appellant, v. MANHATTAN SAVINGS BANK, Respondent.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [181 Misc. 662.]

WALTER B. COOKE, INC., Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn. and Callahan, JJ. [See 269 App. Div. 664.]

HOWARD L. KERFOOT, as Administrator of the Estate of MADELINE M. KERFOOT, Deceased, Respondent, v. ROBERT H. KELLEY, Defendant, and RUTH KELLEY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Untermyer, J., dissents and votes to reverse and dismiss the complaint.

NATALIE L. MEYERS, Respondent, v. PERRY H. MEYERS, Appellant.— While we are of the opinion that section 322 of the Civil Practice Act should certainly not be applied to allegations of adultery in matrimonial actions, relief must be obtained in the manner provided by that section. (*Banca Nazionale Di Credito v. Equitable Trust Co.*, 221 App. Div. 555.) Order unanimously affirmed, with twenty dollars costs and disbursements. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

C. NAPIER BLAKELEY, as Ancillary Executor of the Estate of WILSON W. BUTLER, Deceased, Appellant, v. AGENCY OF CANADIAN CAR & FOUNDRY COMPANY, LIMITED, Respondent.— Order so far as appealed from unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

CATHERINE WESSLEY, Suing on Behalf of Herself and All Other Persons Similarly Situated and for the Benefit of SILMAR HOLDING CORPORATION, Respondent, v. JOSEPH SZILAGYE et al., Appellants, et al., Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

RICHARD WILL, Appellant, v. ANNA WILL, Respondent.— Order unanimously modified by reducing the amount of alimony to be paid by plaintiff to the defendant for her support and maintenance to the sum of fifteen dollars per week, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of JOHN T. SULLIVAN et al., Appellants, against EDWARD CORSI, as Industrial Commissioner of the State of New York, et al., Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See 269 App. Div. 691.]

NATIONAL SURETY CORPORATION, Respondent, v. J. LAWRENCE GUTIERREZ, Appellant.— Determination unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See 269 App. Div. 664.]